IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIM THOMPSON, HENRY MURRAY, and KATHY PHILIPPI, on their own behalf and on behalf of a class of those similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>E. MITCHELL ROOB, JR., in his official capacity as Secretary of the Family and Social Services Administration, and JEANNE M. LABRECQUE, in her official capacity as Assistant Secretary of the Office of Medicaid Policy and Planning,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:05-cv-0636<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER CERTIFYING CAUSE AS CLASS ACTION

The parties having filed, by counsel, their Stipulation to Certification of Cause as Class Action, and this Court having read and reviewed the same, the Court hereby finds that this cause should be certified as a class action pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that this cause is hereby certified as a class action, pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that the class in this cause is defined as follows:

all individuals in Indiana who, on or after May 2, 2003, have been, are being, or will be determined to be not eligible for Medicaid based on their disabilities because the individual's impairment does not prevent the individual from performing labor or services or from engaging in a useful occupation at the time of the determination.

**SO ORDERED.**

11/18/2005
_____
Date

*[signature: Sarah Evans Barker]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Jacquelyn Bowie Suess
Indiana Civil Liberties Union
1031 E. Washington St.
Indianapolis, IN 46202

Barbara A. Nardi
Office of the Attorney General
IGCS - 5th Floor
302 W. Washington St.
Indianapolis, IN 46204