IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIM THOMPSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 1:05-cv-0636 |
| | ) |
| E. MITCHELL ROOB, JR., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

The Court having granted the Plaintiffs' Motion for Summary Judgment as to their constitutional due process claim and issued its Entry for June 15, 2007 Status Conference, and the parties having filed their Joint Stipulation Regarding Form of Final Judgment and the Court having reviewed the same and being duly advised, the Court now issues the following Final Judgment.

**IT IS THEREFORE ORDERED** as follows:

1. The Defendants shall post and publish notice in the form contained in Attachment 1 to Defendants' Proposal for Form and Manner of Notice to the Class. The claim form in Attachment 2 to Defendants' Proposal for Form and Manner of Notice to the Class shall be made available at the Defendants' county offices for use by class members who request a claim form.

2. The notice to the class shall be posted and published as follows:

   a. Within fourteen (14) days, the Defendants shall post the notice in a conspicuous place in each of its county offices for a period of sixty (60)

    days. The claim forms shall also be available in the Defendants' county offices.

  b. Within fourteen (14) days, the Defendants shall post the notice on the FSSA internet website for a period of sixty (60) days. The claim form shall also be available on the FSSA internet website.

  c. Within fourteen (14) days, the Defendants shall publish the notice one time per week for three (3) consecutive weeks in the largest newspaper of each of the following Indiana cities: Indianapolis, Fort Wayne, Evansville, Gary, New Albany, and Richmond. The notice shall contain information on how to obtain a claim form for an individual who believes he/she may be a class member.

3. The Defendants shall send notice to 12,753 class members by United States mail. Notice does not need to be mailed to the following categories of class members: (i) 1,835 class members who, in addition to being denied for reason code 629, were denied for other reason(s); (ii) 6,689 class members who were found eligible on a subsequent application; (iii) 2,146 class members who reapplied and were denied for reasons other than code 629; and (iv) 577 class members who successfully appealed the denial. The mailed notice will take the form contained in Attachment 1 to this Order.

4. The Defendants shall mail the notices within one hundred and eighty (180) days of this Order. If the Defendants are unable to mail the notices within that time, they may petition the Court for an extension of time in which to complete mailing of the notices, which petition shall be granted if good cause is shown.

5. This is a final judgment and appealable order.

**SO ORDERED.**

07/06/2007
_____
Date

*Sarah Evans Barker*
_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribute to:

Jacquelyn Bowie Suess
INDIANA CIVIL LIBERTIES UNION
1031 E. Washington St.
Indianapolis, IN 46202

Clifton B. Cislak
Melinda C. Frick
Office of the Attorney General
IGCS – Fifth Floor
302 W. Washington St.
Indianapolis, IN  46204